# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**DWAINE D. GOINGS,**<br><br>　　　　　　**Defendant.** | Case Number: 8:14CB8-TDT<br>Violation Number: 1753691-NE14<br><br>**ORDER** |

　　　**IT IS ORDERED** that the motion to dismiss (Filing No. 26) filed by the United States Attorney's Office is granted.  The above-referenced matter is hereby dismissed without prejudice.

　　　Dated this 11th day of September, 2014.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge